SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT INTO REGISTRY ACCOUNT

FILED '15 MAR 18 AM :08
CLERK
U.S. BANKRUPTCY
COURT-PGH

TO:   1. Intake Clerk *

  2. Case Administrator

FROM:   Financial Administrator

UC

DATE: 3/17/2015

CASE NAME: Keenan

CASE NUMBER: 09-27912-GLT

Check Number 931365 in the amount of $ 1,628.98 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 9508            Intake Clerk's Initials SRB

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
03/12/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA  15219 | | Erie,  PA  16501 |

Re: JOSEPH P. KEENAN
JANE H. KEENAN
Case No: 09-27912GLT

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

Royal Bank America
732 Montgomery Ave
Narberth, PA 19072

CHECK NUMBER 931365        AMOUNT $1628.98

   The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: KENNETH STEIDL ESQ
JOSEPH P. KEENAN
JANE H. KEENAN
Royal Bank America